## 44718. MARTIN et al. v. OUTZ et al.
(357 SE2d 91)

PER CURIAM.

This is a direct appeal from an award to the appellees of attorney fees and expenses of litigation, entered pursuant to OCGA § 9-15-14 (Ga. L. 1986, p. 1591, § 1; effective July 1, 1986), for a frivolous appeal, based on this Court's affirmance without opinion of the order granting summary judgment to the appellees. *Martin v. Outz,* 256 Ga. XXVII (1987).

Effective July 1, 1986, OCGA § 5-6-35 was amended to require applications to appeal awards of attorney fees or expenses of litigation under OCGA § 9-15-14. OCGA § 5-6-35 (a) (10), Ga. L. 1986, p. 1591, § 2.

This direct appeal is therefore dismissed for failure to comply with the statute.

*Appeal dismissed. All the Justices concur.*

. DECIDED JUNE 24, 1987.

*Mathis & Coates, Charles A. Mathis, Jr., D. James Jordan,* for appellants.

*Heard, Leverett, Adams & Jenkins, E. Freeman Leverett,* for appellees.